**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00663-CV

### IN THE INTEREST OF S.V & S.V. CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

The Court has before it appellee's May 23, 2013 second motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by June 26, 2013. No further extensions will be granted absent a showing of exceptional circumstances.


/s/    ELIZABETH LANG-MIERS
        JUSTICE